SC Judicial Branch





























 
 
 
 
 
 
 
 
 
 
 
 
 South Carolina
Judicial Branch
 
 
 Site Map
 
 
 
 
 
 Text Only Page
 Site Map
 Feedback
 Site Map
 
 
 
 
 
 
 
 
 

 
 
 
 
 


 





 
 
 
 
 
 
 Home
 Supreme Court 
 
 Overview
 Justices 
 
 
 Donald W. Beatty
Chief Justice
 
 John W. Kittredge
 
 Kaye G. Hearn
 
 John Cannon Few
 
 George C. James, Jr.
 
 
 
 Roster of Cases
 Video Portal
 Clerk's Office
 Commission on the Profession
 Disciplinary Counsel 
 
 Overview
 Commission on Judicial Conduct
 Commission on Lawyer Conduct
 How to File a Complaint
 Frequently Asked Questions
 
 
 
 
 Bar Admissions
 Library
 Court Administration
 History
 Map & Location
 
 
 Court of Appeals 
 
 Overview
 Judges 
 
 
 James E. Lockemy
Chief Judge
 
 Thomas E. Huff
 
 Paul E. Short, Jr.
 
 H. Bruce Williams
 
 Paula H. Thomas
 
 Aphrodite K. Konduros
 
 John D. Geathers
 
 Stephanie P. McDonald
 
 D. Garrison Hill
 
 
 
 Roster of Cases
 Clerk's Office
 Library
 History
 
 Map & Location
 
 
 Trial Courts 
 
 Circuit Court 
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Family Court 
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Masters-In-Equity 
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 
 
 Probate Court 
 
 Overview
 Alphabetical List
 County Map
 Judge Roster (Alpha)
 Judge Roster (County)
 
 
 Magistrates Court 
 
 Overview
 Chief Admin Judges
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Municipal Court 
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Court Reporters 
 
 Circuit Court
 Family Court
 Court Reporter Manual
 
 
 Court Rosters
 Case Records Search
 
 
 Court Officials 
 
 Clerks of Court 
 
 Overview
 Alphabetical List
 County Map
 Clerk Roster
 Family Court Contacts
 State Grand Jury
 Circuit Court Fees
 Family Court Fees
 Clerk of Court & ROD Manual
 
 
 
 Registers of Deeds 
 
 Overview
 Alphabetical List
 County Map
 ROD Roster
 Clerk of Court & ROD Manual
 
 
 Solicitors
 Public Defenders
 
 
 Opinions/Orders 
 
 Published Opinions 
 
 Supreme Court
 Court of Appeals
 
 
 Opinion Search
 Advance Sheets
 Unpublished Opinions 
 
 Supreme Court
 Court of Appeals
 
 
 Unpublished Opinion Search
 Judicial Advisory Opinions
 Advisory Opinion Search
 Court Orders 
 
 All Court Orders
 Administrative
 Supreme Court
 Judicial/Legal Conduct
 Court Rule Maintenance
 Aiken v. Byars Judicial Appointments
 
 
 Order Search
 
 
 Calendar 
 
 Monthly View
 Terms of Court
 Circuit Judge Assignments
 Family Judge Assignments
 Calendar Search
 
 
 
 
 









 





 
 
 
 
 
 
 Home
 Supreme Court
 Court of Appeals
 Circuit Court
 Family Court
 Masters-In-Equity
 Probate Court
 Magistrates Court
 Municipal Court
 Court Reporters
 Clerks of Court
 Registers of Deeds
 Solicitors
 Public Defenders
 Published Opinions - Supreme Court
 Published Opinions - Court of Appeals
 Opinion Search
 Advance Sheets
 Unpublished Opinions - Supreme Court
 Unpublished Opinions - Court of Appeals
 Unpublished Opinion Search
 Judicial Advisory Opinions
 Advisory Opinion Search
 Court Orders
 Order Search
 Calendar
 
 
 








 




 


 
 2019-06-03-01 
 
 







The Supreme Court of South Carolina

 
 
 
 In the Matter of Howard B. Hammer, Petitioner.
 
 Appellate Case No. 2017-001062 

 
 


ORDER

By opinion dated March 30, 2016, this Court suspended Petitioner from the practice of law for one year.  In re Hammer, 415 S.C. 610, 784 S.E.2d 678 (2016).  Petitioner filed a petition for reinstatement pursuant to Rule 33, RLDE, Rule 413, SCACR.  After referral, the Committee on Character and Fitness filed a report and recommendation recommending the Court reinstate Petitioner to the practice of law.  We find petitioner has met the requirements of Rule 33(f), RLDE, Rule 413, SCACR.  Accordingly, we grant the petition for reinstatement.
 

 
 
 
 
 s/Donald W. Beatty                        C.J.
 s/John W. Kittredge                           J.
 s/Kaye G. Hearn                                J.
 s/George C. James, Jr.                      J.
 
 

I would deny the petition for reinstatement.

 
 
 
 s/John Cannon Few                           J.
 
 

Columbia, South Carolina
 June 3, 2019